## Thomas LICAVOLI v. UNITED STATES of America.
### No. 6597.

Circuit Court of Appeals, Sixth Circuit.
March 15, 1934.

Harry G. Levy and John W. Hackett, both of Toledo, Ohio, for appellant.

E. B. Freed, U. S. Atty., of Cleveland, Ohio, for the United States.

PER CURIAM.

Judgment of District Court reversed, and cause remanded with instruction to dismiss the indictment.

## LLOYDS CASUALTY CO. v. LAKE PORTS SUPPLY CO.
### No. 6440.

Circuit Court of Appeals, Sixth Circuit.
March 9, 1934.

Davis & Young, of Cleveland, Ohio, for appellant.

Demson, Phillips & Falsgraf, of Cleveland, Ohio, for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

## Robert LUXEMBURG, Appellant, v. UNITED STATES of America.
### No. 9853.

Circuit Court of Appeals, Eighth Circuit.
March 26, 1934.

Alexander Fosmark, of Crookston, Minn., for appellant.

George F. Sullivan, U. S. Atty., of St. Paul, Minn., and James L. Krusemark, Asst. U. S. Atty., of Minneapolis, Minn., for the United States.

PER CURIAM.

Cause remanded to District Court, with directions to vacate that part of judgment which sentences appellant and to dismiss indictment as to him.

## MADRID SUPPLY COMPANY v. Guy T. HELVERING, Commissioner of Internal Revenue.
### No. 1058.

Circuit Court of Appeals, Tenth Circuit.
March 21, 1934.

Hodges, Wilson & Rogers, of Denver, Colo., for petitioner.

Robert H. Jackson, Gen. Counsel, Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Petition dismissed on motion of petitioner.